IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL GONZALEZ,

    Petitioner,                    No. CIV S-09-1440 EFB P

    vs.

J.E. SUGRUE,

    Respondent.              <u>ORDER</u>

                              /

       Petitioner, a federal prisoner with counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2241. He has paid the filing fee. His petition challenges the conditions of his confinement. Examination of the petition reveals that it should be transferred to the Fresno division of this Court.

       Petitioner currently is confined in the California City Correctional Institution, located in Kern County. It appears from the petition that the conditions of which he complains occurred at that institution. Therefore, this action should have commenced in the district court in Fresno. Local Rule 3-120(d).

       Accordingly, it is hereby ordered that:

       1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

       2. The Clerk of Court shall assign a new case number.

3.  All future filings shall bear the new case number and shall be filed at:

>   United States District Court
>   Eastern District of California
>   2500 Tulare Street
>   Fresno, CA 93721

Dated: September 29, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2